PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
NOV 2 4 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE  WESTERN  DISTRICT OF TEXAS
_____ DIVISION

Lee E. Collins #896770
Plaintiff's Name and ID Number

B.C.A.D.C. 200 N. Comal, San Antonio, TX 78207
Place of Confinement

CASE NO. SA21CA1182XR
(Clerk will assign the number)

v.

Keefe Commissary 200 N. Comal, San Antonio, TX 78207
Defendant's Name and Address

B.C.A.D.C. 200 N. Comal, San Antonio, TX 78207
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus a administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES  ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned:_____
        6. Disposition: (Was the case dismissed, appealed, still pending?)_____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ No
Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: NAME: Lee E. Collins. UNIT: AT. ADDRESS: 200 N. Comal San Antonio, TX 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Keefe Commissary, 200 N. Comal San Antonio, TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
05/13/21 unauthorized transaction. 2.06 was deducted from remaining balance of 2.64 without my consent.

Defendant #2: B.C.A.D.C. UNIT: AT 200 N. Comal San Antonio, TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
07/19/21 fight between a group of inmates took place, inmates involved were removed from unit. Shift Sergeant placed unit on 72 consecutive hours lockdown, 1 hour relief for each day not permitted.

Defendant #3: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 05/13/21- unauthorized transaction/deduction of 2.06 was deducted from remaining balance of 2.64 (my account) by Keefe Commissary on AT (UNIT) at the B.C.A.D.C. during 1st shift (0700-1500) 2nd shift (1500-2300) I submitted a grievance (electronic) via Kiosk to GRIEVANCE DEPARTMENT. 05/14/21- I received a response (electronic) via Kiosk from Grievance officer Alvarez that my Grievance was forwarded to Commissary. 05/24/21, after 10 days of no further response I submitted a handwritten grievance on writing paper to GRIEVANCE DEPARTMENT for the 2nd time. 08/18/21- after receiving no response, I submitted a 3rd grievance (handwritten) on an actual grievance form to GRIEVANCE DEPARTMENT. 09/15/21, I received a typed response to my 3rd grievance from Grievance Officer, SGT. R. De Los Santos# that my grievance (continued on writing paper)

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TOTAL FEDERAL INTERVENTION OF FEDERAL GOVERNMENT on all Texas County Jails replacing County detention officers with federal officers and Disciplinary Sanctions be imposed upon defendants.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
N/A

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ___YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: N/A
            DATE

_Lee Collins_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _20th_ day of _November_, 20_21_.
        (Day)              (month)            (year)

_Lee Collins_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

## V. STATEMENT OF CLAIM: (continued)

was received, 08/24/21 and was under investigation and that I would recieve a response to my grievance when the investigation was complete, allowing up to 60 days to receive a response regarding the result of the investigation from the date the grievance was received. 09/23/21, I received a response (electronic) from Krese Commissary via Kiosk in regards to the grievance that was forwarded to them by Grievance Officer Alvarez (05/14/21) that the topic was closed. As of now from the date that my 3rd hand written grievance was received (08/24/21) I have not received any response of the result of the investigation to my grievance.

09/19/21 - here on UNIT AJ at the B.C.A.D.C. a fight took place on 1st shift (0700-1500) between a group of inmates. Inmates involved were removed from the unit. Shift Sergeant of the 6th Floor had placed the unit on 72 hours (consecutive) lockdown. After 24 hours of having inmates confined to their living housing cells, inmates were not permitted 1 hour of relief during 72 hours of lockdown. Grievance forms were requested by inmates to no avail. 09/20/21, was the Unit's day to submit requests to the Law Library (electronic request) for assistance and since 1 hour of access to the dayroom during 72 hours of lockdown was prohibited, legal assistance and submission of grievance complaints (electronic) via Kiosk were inaccessible resulting that inmates couldn't submit grievances after 72 hours of lockdown.



# Bexar County Sheriff's Office
#### ★ ★ ★ ★ Sheriff Javier Salazar ★ ★ ★ ★

To:   Inmate COLLINS, LEE   896770   AJ28

From: Grievance Section

Re:   Grievance Received 8/24/2021

Date:   9/7/2021

Your grievance is under investigation. You will receive a response to the grievance when the investigation is complete. Note, TCJS allows up to 60 days for a response from the date received.

Sgt. R. De Los Santos #4590
Grievance Supervisor

> Grievance Section
> Sep 7, 2021
> Delivered to Mailroom